UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DAVID W. JONES                                              CIVIL ACTION

VERSUS                                                      NO: 11-2382

SANDY MCCAIN, WARDEN                                        SECTION: R(6)

**ORDER**

The Court, having reviewed *de novo* the petition for *habeas corpus* filed by David Jones, the applicable law, the Magistrate Judge's Report and Recommendation, and Jones's objections, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, IT IS ORDERED that Jones's petition for *habeas corpus* is DISMISSED WITHOUT PREJUDICE for failure to exhaust state court remedies.

New Orleans, Louisiana, this 19th day of March, 2012.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE